# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DEVIN IAMS,

    Petitioner,

v.

YAKIMA COUNTY JAIL,

    Respondent.

Case No. C11-757-MJP

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Report and Recommendation is ADOPTED;

2. Petitioner's 28 U.S.C. § 2254 habeas petition is DISMISSED without prejudice for failure to exhaust state-court remedies and for failure to prosecute;

3. Petitioner is DENIED issuance of a certificate of appealability; and

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

ORDER OF DISMISSAL- 1

DATED this __18th__ day of __July__, 2011.

_____
Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL- 2