# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVIN IAMS,

        Petitioner,

  v.

YAKIMA COUNTY JAIL,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.   C11-757-MJP

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

      The Report and Recommendation is adopted and approved. Petitioner's 28 U.S.C. § 2254 habeas petition is DISMISSED without prejudice. Petitioner is DENIED issuance of a certificate of appealability.

      Dated this __18th_____ day of ___July___, 2011.

                                  WILLIAM M. McCOOL
                                        Clerk

                             __\s Mary Duett_____
                             Deputy Clerk